## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>    Plaintiff,<br><br> v.<br><br>ABC HOLDCO LLC,<br><br>    Defendant. | Lead Case No. 2:23-cv-01384-AJS |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the lead case, *Douglass v. ABC HOLDCO LLC*, Lead Case No. 2:23-cv-01384-AJS, without prejudice, and with each party bearing his and its own costs.

Dated: October 26, 2023

*/s/ Kevin Tucker*
Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day, October 26, 2023, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully submitted,

Dated: October 26, 2023                     */s/ Kevin Tucker*
                                            Kevin Tucker